Roy DeGrief,
                              Appellant,

              v.                                      No. 33528.

The City of Seattle et al.,
                              Respondents.[1]

The opinion in the above entitled cause, filed May 24, 1956, was withheld from publication in the current volume by order of Court. It will appear as the first case in Vol. 50 Wn. (2d).

REPORTER

[1]Reported in 297 P. (2d) 940.